NO. 07-12-00468-CR, 07-12-00469-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 12, 2012

_____

KEELY MARIE MCCOY, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 65,022-D, 65-023-D; HONORABLE DON R. EMERSON, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Keely Marie McCoy, filed Notice of Appeal to appeal a judgment convicting her for the offense of delivery of a controlled substance,[1] and sentence of ten years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed a Motion to Dismiss Appeal on November 30, 2012.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the

_____

[1] See TEX. HEALTH & SAFETY CODE ANN. § 418.112(c) (West 2010).

motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

                                        Mackey K. Hancock
                                        Justice


Do not publish.